**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Roy R. Eland                                                              CHAPTER 13
        Teresa J. Eland aka Teresa J.
Bauer-Eland                                                                           BKY. NO. 18-10721 TPA
                  Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ Brian C. Nicholas
                                          Brian Nicholas
                                          07 Oct 2020, 10:24:22, EDT

                                          Brian C. Nicholas, Esquire
                                          Attorney I.D. No. 317240
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          412-430-3594
                                          bkgroup@kmllawgroup.com