**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Teresa J. Eland aka Teresa J. Bauer-Eland | CHAPTER 13 |
| Roy R. Eland | BKY. NO. 18-10721 TPA |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

    Respectfully submitted,

    **/s/Brian C. Nicholas, Esquire**
    Brian C. Nicholas, Esquire
    Attorney I.D. No. 317240
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    bnicholas@kmllawgroup.com