Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Roy R. Eland
Teresa J. Eland
aka Teresa J. Bauer−Eland**
   Debtor(s)

Bankruptcy Case No.: 18−10721−TPA
Related to Docket No. 47
Chapter: 13
Docket No.: 48 − 47
Concil. Conf.: 2/16/21 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 31, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 21, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **2/16/21** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 16, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Roy R. Eland  
Teresa J. Eland  
    Debtor(s)

Case No. 18-10721-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lmar      Page 1 of 3  
Date Rcvd: Nov 16, 2020      Form ID: 213      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roy R. Eland, Teresa J. Eland, 2709 Sawmill Road, Lucinda, PA 16235-4623 |
| 14882402 | + | Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 14882403 | | Beneficial Consumer Discount Company, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14882404 | + | Beneficial/HFC, Po Box 3425, Buffalo, NY 14240-3425 |
| 14882405 | + | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14882406 | + | Citibank USA, P.O. Box 92350, Albuquerque, NM 87199-2350 |
| 14882407 | + | Citizens Caf, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14882408 | + | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15293221 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14882412 | + | HSBC Mortgage Services, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14882416 | + | HSBC Mortgage Services, Inc., 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 14882414 | + | HSBC Mortgage Services, Inc., Bankruptcy Department, 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 14882415 | + | HSBC Mortgage Services, Inc., Bankruptcy Department, 636 Grand Regency Road, Brandon, FL 33510-3942 |
| 14882420 | + | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14913485 | + | LSF9 Master Participation Trust, Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14882426 | + | Thd/Cbsd, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Nov 17 2020 03:59:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14897070 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 17 2020 03:59:00 | Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14882427 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 17 2020 03:46:02 | Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14882410 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:42:55 | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14882409 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:42:55 | GE Money Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Attn: Ramesh Singh, Miami, FL 33131-1605 |
| 14882411 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:45:57 | Gemb/Jcp, Po Box 984100, El Paso, TX 79998 |
| 14896006 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2020 03:56:00 | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |
| 14901535 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 03:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14882421 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 03:57:00 | Midland Credit, 8875 Aero Dr, San Diego, CA 92123-2255 |

Case 18-10721-TPA    Doc 49    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 213 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14882423 | | Email/Text: RVSVCBICNOTICE1@state.pa.us  Nov 17 2020 03:57:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14882422 | | Email/Text: RVSVCBICNOTICE1@state.pa.us  Nov 17 2020 03:57:00 | | PA Department of Revenue, Banruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14882424 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Nov 17 2020 09:16:47 | | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14883289 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Nov 17 2020 09:16:47 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14882425 | + | Email/PDF: resurgentbknotifications@resurgent.com  Nov 17 2020 03:43:02 | | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14915195 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM  Nov 17 2020 03:43:04 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14897067 | *+ | Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 14897068 | * | Beneficial Consumer Discount Company, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14897069 | *+ | Beneficial/HFC, Po Box 3425, Buffalo, NY 14240-3425 |
| 14897071 | *+ | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14897072 | *+ | Citibank USA, P.O. Box 92350, Albuquerque, NM 87199-2350 |
| 14897073 | *+ | Citizens Caf, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14897091 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14897074 | *+ | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14897076 | *+ | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14897075 | * | GE Money Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Attn: Ramesh Singh, Miami, FL 33131-1605 |
| 14897077 | * | Gemb/Jcp, Po Box 984100, El Paso, TX 79998 |
| 14897078 | *+ | HSBC Mortgage Services, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14882413 | *+ | HSBC Mortgage Services Inc, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14897079 | *+ | HSBC Mortgage Services Inc, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14897080 | *+ | HSBC Mortgage Services, Inc., 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 14882417 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21125, Philadelphia, PA 19114 |
| 14897081 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21125, Philadelphia, PA 19114 |
| 14882418 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14897082 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14882419 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14897083 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14897084 | *+ | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14897085 | *+ | Midland Credit, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 14897087 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14897086 | * | PA Department of Revenue, Banruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14897088 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14897089 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14897090 | *+ | Thd/Cbsd, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST carkema@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Roy R. Eland ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Teresa J. Eland ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 7