# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROY R. ELAND<br>TERESA J. ELAND<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>    vs.<br>LSF9 MASTER PARTICIPATION TRUST<br><br>            Respondents | Case No. 18-10721TPA<br><br>Chapter 13<br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED.

| | |
|---|---|
| LSF9 MASTER PARTICIPATION TRUST<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Court claim# 6/Trustee CID# 4 |

The Movant further certifies that on 12/04/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ROY R. ELAND, TERESA J. ELAND, 2709 SAWMILL ROAD, LUCINDA, PA 16235 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| :<br>CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134 | ORIGINAL CREDITOR:<br>LSF9 MASTER PARTICIPATION TRUST, C/O CALIBER HOME LOANS INC - SVCR, PO BOX 24330, OKLAHOMA CITY, OK  73124 |
| ORIGINAL CREDITOR'S COUNSEL:<br>RAS CRANE LLC, 10700 ABOTT'S BRIDGE RD STE 170, DULUTH, GA 30097 | |
| NEW CREDITOR: | |