Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Roy R. Eland** : | Case No. 18−10721−TPA |
| **Teresa J. Eland** : | Chapter: 13 |
| **aka Teresa J. Bauer−Eland** : | |
| *Debtor(s)* : | |
| : | |
| : | |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 7th of January, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10721-TPA |
| Roy R. Eland | Chapter 13 |
| Teresa J. Eland | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Jan 07, 2021 | Form ID: 309 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roy R. Eland, Teresa J. Eland, 2709 Sawmill Road, Lucinda, PA 16235-4623 |
| 14882403 | | Beneficial Consumer Discount Company, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14882406 | + | Citibank USA, P.O. Box 92350, Albuquerque, NM 87199-2350 |
| 14882407 | + | Citizens Caf, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 15293221 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14882420 | + | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14913485 | + | LSF9 Master Participation Trust, Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Jan 08 2021 04:24:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14882402 | + | EDI: HFC.COM | Jan 08 2021 05:48:00 | Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 14882404 | + | EDI: HFC.COM | Jan 08 2021 05:48:00 | Beneficial/HFC, Po Box 3425, Buffalo, NY 14240-3425 |
| 14897070 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 08 2021 04:24:00 | Caliber Home Loans, Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14882405 | + | EDI: CITICORP.COM | Jan 08 2021 05:48:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14882427 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 08 2021 06:42:33 | Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14882408 | + | EDI: ECMC.COM | Jan 08 2021 05:48:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14882410 | + | EDI: RMSC.COM | Jan 08 2021 05:48:00 | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14882409 | | EDI: RMSC.COM | Jan 08 2021 05:48:00 | GE Money Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Attn: Ramesh Singh, Miami, FL 33131-1605 |
| 14882411 | | EDI: RMSC.COM | Jan 08 2021 05:48:00 | Gemb/Jcp, Po Box 984100, El Paso, TX 79998 |
| 14882412 | + | EDI: HFC.COM | Jan 08 2021 05:48:00 | HSBC Mortgage Services, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14882416 | + | EDI: HFC.COM | Jan 08 2021 05:48:00 | HSBC Mortgage Services, Inc., 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 14882415 | + | EDI: HFC.COM | Jan 08 2021 05:48:00 | HSBC Mortgage Services, Inc., Bankruptcy Department, 636 Grand Regency Road, Brandon, |

Case 18-10721-TPA    Doc 52    Filed 01/09/21    Entered 01/10/21 00:37:06    Desc Imaged
                       Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 309 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | FL 33510-3942 |
| 14882414 | + | EDI: HFC.COM | Jan 08 2021 05:48:00 | HSBC Mortgage Services, Inc., Bankruptcy Department, 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| 14896006 | + | EDI: IRS.COM | Jan 08 2021 05:48:00 | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |
| 14901535 | + | EDI: MID8.COM | Jan 08 2021 05:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14882421 | + | EDI: MID8.COM | Jan 08 2021 05:48:00 | Midland Credit, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 14882423 | | EDI: PENNDEPTREV | Jan 08 2021 05:48:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14882423 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2021 04:23:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14882422 | | EDI: PENNDEPTREV | Jan 08 2021 05:48:00 | PA Department of Revenue, Banruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14882422 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2021 04:23:00 | PA Department of Revenue, Banruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14882424 | | EDI: PRA.COM | Jan 08 2021 05:48:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14883289 | + | EDI: PRA.COM | Jan 08 2021 05:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14882425 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 06:32:11 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14882426 | + | EDI: CITICORP.COM | Jan 08 2021 05:48:00 | Thd/Cbsd, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14915195 | | EDI: AIS.COM | Jan 08 2021 05:48:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14897067 | *+ | Beneficial, Po Box 3425, Buffalo, NY 14240-3425 |
| 14897068 | * | Beneficial Consumer Discount Company, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14897069 | *+ | Beneficial/HFC, Po Box 3425, Buffalo, NY 14240-3425 |
| 14897071 | *+ | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14897072 | *+ | Citibank USA, P.O. Box 92350, Albuquerque, NM 87199-2350 |
| 14897073 | *+ | Citizens Caf, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14897091 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14897074 | *+ | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14897076 | *+ | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14897075 | * | GE Money Bank, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Attn: Ramesh Singh, Miami, FL 33131-1605 |
| 14897077 | * | Gemb/Jcp, Po Box 984100, El Paso, TX 79998 |
| 14897078 | *+ | HSBC Mortgage Services, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14882413 | *+ | HSBC Mortgage Services Inc, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14897079 | *+ | HSBC Mortgage Services Inc, PO Box 21188, Saint Paul, MN 55121-0188 |
| 14897080 | *+ | HSBC Mortgage Services, Inc., 636 Grand Regency Blvd, Brandon, FL 33510-3942 |

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 309 | Total Noticed: 31 |

| | | |
|---|---|---|
| 14882417 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21125, Philadelphia, PA 19114 |
| 14897081 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21125, Philadelphia, PA 19114 |
| 14882418 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14897082 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14882419 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14897083 | * | Internal Revenue Service, Insolvency Unit, P.O. Box 628, Pittsburgh, PA 15230 |
| 14897084 | *+ | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14897085 | *+ | Midland Credit, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 14897087 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14897086 | * | PA Department of Revenue, Banruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14897088 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14897089 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14897090 | *+ | Thd/Cbsd, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 2 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2021                 Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST carkema@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Roy R. Eland ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Teresa J. Eland ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 7