**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROY R. ELAND<br>TERESA J. ELAND<br>     Debtor(s)<br><br>Ronda J. Winnecour<br>     Movant<br>   vs.<br>No Respondents. | Case No.:18-10721 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/18/2018 and confirmed on 09/26/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,521.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,521.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 2,576.54 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,076.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 0.00 | 18,476.25 | 0.00 | 18,476.25 |
|     Acct: 2659 | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 0.00 | 12,376.69 | 0.00 | 12,376.69 |
|     Acct: 2150 | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 4,277.83 | 4,277.83 | 0.00 | 4,277.83 |
|     Acct: 2659 | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 702.21 | 702.21 | 0.00 | 702.21 |
|     Acct: 2150 | | | | |
| | | | | 35,832.98 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROY R. ELAND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 52,079.06 | 8,653.70 | 0.00 | 8,653.70 |
|     Acct: 3119 | | | | |

Case 18-10721-TPA    Doc 53    Filed 02/04/21    Entered 02/04/21 16:52:50    Desc Main
Document      Page 2 of 3

18-10721 TPA    TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS    Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   PA DEPARTMENT OF REVENUE* | 5,764.02 | 957.78 | 0.00 | 957.78 |
|     Acct: 3119 | | | | |
|   PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 9,611.48 |
| **Unsecured** | | | | |
|   BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0917 | | | | |
|   BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7706 | | | | |
|   CITIZENS BANK/CAF** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2412 | | | | |
|   ECMC(*) | 4,667.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 4596 | | | | |
|   JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9677 | | | | |
|   HSBC MORTGAGE SVCS (RE)*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYSTONE MUNIC COLLECTIONS** NOW ⊦ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7817 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4637 | | | | |
|   MIDLAND FUNDING LLC | 4,608.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 5670 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1402 | | | | |
|   PA DEPARTMENT OF REVENUE* | 4,178.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 3119 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3231 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8494 | | | | |
|   DELL INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9625 | | | | |
|   INTERNAL REVENUE SERVICE* | 11,051.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 3119 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 274.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 6865 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9677 | | | | |
|   THOMAS SONG ESQ FOR JODI L HAUSE E | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SARAH K MCCAFFERY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HSBC MORTGAGE SVCS (RE)*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORTH CLARION COUNTY SD (FARMINGTC | 348.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 3119 | | | | |

| 18-10721 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|     FARMINGTON TOWNSHIP (CLARION) (EIT) | | 348.06 | 0.00 | 0.00 | 0.00 |
|         Acct: 3119 | | | | | |
|     KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | 45,444.46 |
|---|---|---|---|
| TOTAL CLAIMED | | | |
| PRIORITY | 57,843.08 | | |
| SECURED | 4,980.04 | | |
| UNSECURED | 25.476.93 | | |

Date: 02/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com